UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY W. GRIFFITH,

        Plaintiff,

    v.

JOSEPH LEHMAN, *et al*,

        Defendants.

Case No.  C05-5216RBL

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge [Dkt. #11].  The Court has reviewed the report and the underlying record, and does hereby find and ORDER:

(1)     The Court ADOPTS the Report and Recommendation [Dkt. #11];

(2)     The Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE;

(3)     The Clerk is directed to send copies of this Order to plaintiff at his last known address and to defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 10th day of November, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1